Eric Goldfine et al., Appellants, v Michael Sichenzia et al., Defendants, and Old Republic National Title Insurance Company, Respondent.

Submitted December 3, 2007; decided February 12, 2008

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed so much of Supreme Court's March 2005 order as denied appellants' motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of Shawn Green, Appellant, v Glenn S. Goord, as Commissioner of the New York State Department of Correctional Services, Respondent.

In the Matter of Shawn Green, Appellant, v Glenn S. Goord, as Commissioner of the New York State Department of Correctional Services, Respondent.

Submitted January 14, 2008; decided February 12, 2008

Motion for reargument of motions for leave to appeal denied [*see* 9 NY3d 999 (2007)].

In the Matter of John A.J. Hinspeter, Appellant, v Rory J. Bellantoni et al., Respondents.

Submitted December 24, 2007; decided February 12, 2008

Motion for leave to appeal from the Appellate Division order denying appellant's motion to vacate dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.